ORIGINAL

**SUBT**
MAYFIELD GRUBER & SHEETS
DAMIAN R. SHEETS, ESQ.
Nevada Bar No. 10755
726 S. Casino Center Blvd. Suite 211
Las Vegas, Nevada 89101
t: (702) 598-1299
f: (702) 598-1266
dsheets@defendingnevada.com
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| THE UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO: 2:19-mj-495-BNW |
| -vs- | |
| Roy Phillips, | **STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS** |
| Defendant | |

Defendant, ROY PHILLIPS, hereby substitutes DAMIAN R. SHEETS, ESQ., of the Law Offices of MAYFIELD GRUBER & SHEETS, 726 S. Casino Center Blvd., Ste. 211, Las Vegas, NV 89101, as attorney in place and stead of FEDERAL PUBLIC DEFENDER, 411 E. Bonneville Ave., Las Vegas, NV 89101.

DATED this 3 day of OCT, 2019.

_____
ROY PHILLIPS

I, FEDERAL PUBLIC DEFENDER, consent to the above substitution.

DATED this 7 day of Oct, 2019.

_____
Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101

///

///

I am duly admitted to practice in this District. I have been RETAINED by the Defendant and I accept the above substitution.

DATED this 4 day of October, 2019.

DAMIAN R. SHEETS
Nevada Bar No. 10755

**IT IS SO ORDERED**

**DATED: December 02, 2019**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**