SAO
MAYFIELD GRUBER & SHEETS
DAMIAN R. SHEETS, ESQ.
Nevada Bar No. 10755
726 S. Casino Center Blvd. Suite 211
Las Vegas, Nevada 89101
(702) 598-1299
dsheets@defendingnevada.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>ROY PHILLIPS,<br><br>Defendant | CASE NO: 2:19-mj-00495-BNW<br><br>STIPULATION TO CONTINUE TRIAL DATE<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Rachel Kent, Assistant United States Attorney, counsel for the United States of America, and Damian R. Sheets, Esq., counsel for defendant, ROY PHILLIPS, that the trial presently scheduled for January 15, 2020, be continued to a time convenient for the court.

This Stipulation is entered into for the following reasons:

1. As part of the investigation in this case, Defense Counsel is continuing to collect and examine discovery. After examining such, it is possible that there may be a need to file pre-trial motions or supplements to existing motions.

2. Counsel for the United States and Defendant are in active negotiations and require more time to present and consider offers of resolution.

3. Defense Counsels will not have sufficient and adequate time to effectively and thoroughly prepare for trial and present an appropriate defense in the above-captioned matter on the date currently set for trial.

4. Counsel for the Government has been advised by Defense counsel that, after conferring with their clients, they may want to file pre-trial motions

and will need an extension of time to beyond the currently scheduled motion cutoff dates.

5. Denial of this request for continuance would deny Defense Counsel sufficient time, on the date currently set for trial, taking into account the exercise of due diligence.

6. Furthermore, denial of this request for continuance could result in a miscarriage of justice.

7. Defendant is currently out of custody and is not opposed to the continuance.

8. This is the second request for a continuance by the current Defense Counsel, after having substituted in for the previous.

The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

DATED this 14th day of January, 2020.

| | |
|---|---|
| _/s/ Rachel Kent_ | _/s/ Damian R. Sheets_ |
| RACHEL KENT, ESQ. | DAMIAN R. SHEETS, ESQ. |
| Assistant United States Attorney | Nevada Bar No. 10755 |
| Attorney for Plaintiff | Attorney for Defendant |

# UNITED STATES DISTRICT COURT

# DIISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　-vs-<br>ROY PHILLIPS,<br>　　　Defendant | CASE NO: 2:19-mj-00495-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

The Court having considered the Stipulation between the Plaintiff, United States of America, by and through Rachel Kent, United States Attorney and Defendant, Damian R. Sheets, Esq., counsel for Defendant ROY PHILLIPS, and makes the following findings of fact and conclusions of law and enters the following order:

## FINDINGS OF FACT

Counsel for the Government was advised by Damian R. Sheets, Esq., counsel for Defendant, ROY PHILLIPS, that Defense Counsel needs further time to review discovery and prepare for trial.

1. As part of the investigation in this case, Defense Counsel is continuing to collect and examine discovery. After examining such, it is possible that there may be a need to file pre-trial motions or supplements to existing motions.
2. Counsel for the United States and Defendant are in active negotiations and require more time to present and consider offers of resolution.
3. Defense Counsels will not have sufficient and adequate time to effectively and thoroughly prepare for trial and present an appropriate defense in the above-captioned matter on the date currently set for trial.
4. Counsel for the Government has been advised by Defense counsel that, after conferring with their clients, they may want to file pre-trial motions

1. and will need an extension of time to beyond the currently scheduled motion cutoff dates.
5. Denial of this request for continuance would deny Defense Counsel sufficient time, on the date currently set for trial, taking into account the exercise of due diligence.
6. Furthermore, denial of this request for continuance could result in a miscarriage of justice.
7. Defendant is currently out of custody and is not opposed to the continuance.
8. This is the second request for a continuance by the current Defense Counsel, after having substituted in for the previous.

**CONCLUSIONS OF LAW**

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(H) and Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

The ends of justice served by granting said continuance outweigh the best interest of the public and defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny defense counsels sufficient time within which to be able to effectively and thoroughly research and prepare for trial and submit for filing any appropriate motions, taking into account the exercise of due diligence.

///

///

///

**ORDER**

Based on the pending Stipulation of the parties and good cause appearing therefore,

**IT IS THEREFORE ORDERED** that the trial in this matter currently scheduled for January 15, 2020, at the hour of 8:30 a.m., be vacated and continued to the 29th day of April, 2020, at the hour of 8:45 am.

**IT IS SO ORDERED**

**DATED: January 16, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**