1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 13644
3  RACHEL L. KENT
   Special Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
   Tel. (702) 388-6336
5  Fax. (702) 388-6418
   Rachel.Kent@usdoj.gov
6  *Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  |   |
|     Plaintiff,  | Case No. 2:19-mj-00495-BNW |
|     v. | **STIPULATION TO CONTINUE TRIAL** **(Fifth Request)** |
| ROY PHILLIPS, | |
|     Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel L. Kent, Special Assistant United States Attorney, counsel for the United States of America, and Damian Sheets, Esquire, counsel for Defendant, that the trial currently scheduled on July 8, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties are planning to move forward with a bench trial and need additional time to prepare.

2. Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fifth request for continuance filed herein.

DATED this 30th day of June, 2020.

                                                    Respectfully submitted,

                                                  NICHOLAS A. TRUTANICH
                                                  United States Attorney

/s/ Damian Sheets                              /s/ Rachel Kent

DAMIAN SHEETS, ESQ.                RACHEL KENT
Counsel for defendant                   Special Assistant United States Attorney
**ROY PHILLIPS**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROY PHILLIPS,

    Defendant.

Case No. 2:19-MJ-00495-BNW

**STIPULATION TO CONTINUE TRIAL**
**(Fifth Request)**

    Based on the stipulation by the parties, the bench trial in this matter is hereby continued. IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for July 8, 2020 at 9:00 a.m., be vacated and continued to Sept. 21, 2020 at 9:30 AM.

    DATED: July 13, 2020

    HONORABLE BRENDA N. WEKSLER
    UNITED STATES MAGISTRATE JUDGE

3